UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14205-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

GEORGIA/CAROLINA I & D, LLC,

        Defendant.

_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

    Dated: August 7, 2020

<div style="margin-left: 50%;">

s/Drew M. Levitt
Drew M. Levitt
Florida Bar No. 782246
drewmlevitt@gmail.com
Lee D. Sarkin, Esq.
Florida Bar No. 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff

</div>